No. 98–1204.  BRADSHAW, LABOR COMMISSIONER OF CALIFORNIA, ET AL. *v.* G & G FIRE SPRINKLERS, INC.  C. A. 9th

Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *American Mfrs. Mut. Ins. Co. v. Sullivan, ante,* p. 40.